NUMBERS


13-07-183-CV

13-07-336-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


STATE FARM LLOYDS, Appellant,


v.



BENINO CAPETILLO, Appellee.

___________________________________________________________________


On appeal from the 197th District Court


of Willacy County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, STATE FARM LLOYDS, attempted to perfect an appeal from a
turnover order entered by the 197th District Court of Willacy County, Texas, in cause
number 03-346. After the notice of appeal was filed, appellant State Farm Lloyds filed
a motion to sever and dismiss its appeal and to expedite the issuance of the mandate
in the severed and dismissed appeal. In its motion, appellant State Farm Lloyds states
that the trial court granted plaintiff's motion to modify turnover order and entered an
amended turnover order. Appellant requests that this Court sever and dismiss its
appeal and expedite issuance of the mandate. Appellant further requests that costs
be assessed against the party incurring same. Appellant's appeal is severed from the
original appeal and is docketed under cause number 13-07-336-CV.

 Having considered appellant's motion to dismiss the appeal and for expedited
issuance of the mandate and the documents on file, this Court is of the opinion that
the motion should be granted. The motion to dismiss appellant's appeal and for
expedited issuance of the mandate is hereby granted. The appeal in cause number 13-07-336-CV is ordered DISMISSED. The remaining issues in the appeal will remain
docketed under cause number 13-07-183-CV.


 PER CURIAM


Memorandum Opinion delivered and filed 

this the 14th day of June, 2007.